**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


LEROY a/k/a DEREK LEROY MCSMITH          CIVIL ACTION

VERSUS                                   NO. 07-1179

LORETTA WHITE, ET AL.                    SECTION "R"(5)


**ORDER**

The Court has reviewed *de novo* the complaint, the amended complaint, the Magistrate Judge's first Report and Recommendation, the plaintiff's objections to the first Report and Recommendation, the Magistrate Judge's second Report and Recommendation, and the plaintiff's objections to the second Report and Recommendation.  The Court has determined that the plaintiff's objections are without merit.  The Court approves the two Report and Recommendations and adopts them as its own opinion herein.


IT IS ORDERED that plaintiff's complaint and amended complaint are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2).

New Orleans, Louisiana, this <u>21st</u> day of May, 2007.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE